UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-369 (ADM/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) NAJI SHARIFI ZINDASHTI, )<br>   a/k/a "Big" or "Big Guy," )<br>(2) DAMION PATRICK RYAN, and )<br>(3) ADAM RICHARD PEARSON, <br><br>Defendant. | **ORDER** |

This matter is before the Court on the Government's Motion to Unseal the Indictment.  NOW, THEREFORE, IT IS HEREBY ORDERED that the Government's Motion is granted. This indictment is to be unsealed **at 8:00 a.m. CT/9:00 a.m. ET on January 29, 2024**.

Dated:  January 26, 2024

   *s/Elizabeth Cowan Wright*
   THE HONORABLE ELIZABETH COWAN WRIGHT
   United States Magistrate Judge